

**ORDERED in the Southern District of Florida on December 11, 2009.**

**Raymond B. Ray, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No. 09-35688-RBR

Chapter 7

IN RE:                                    :
                                          :
Christiane S. Martins,              :
                                          :
                    Debtor.          :
_____ :

### AGREED ORDER GRANTING  CARRINGTON MORTGAGE SERVICES, LLC, SERVICER AND ATTORNEY-IN-FACT FOR, FLAGSTAR BANK, FSB FOR RELIEF FROM STAY AND ABANDONMENT AND NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

This cause came on for consideration pursuant to the Agreed Motion for Relief

From Stay and Abandonment (Doc #13) filed by CARRINGTON MORTGAGE

SERVICES, LLC, SERVICER AND ATTORNEY-IN-FACT FOR, FLAGSTAR BANK,

FSB ("CARRINGTON"), a secured creditor in the above-styled cause.  The Court,

having considered said Motion finds it appropriate to grant relief under Local Rule 4001-

1(C) without further notice or hearing.  Therefore, it is

ORDERED as follows:

1.      The Motion for Relief From Stay filed by CARRINGTON is granted.

2.       The automatic stay provided by 11 U.S.C. 362 is modified as to

CARRINGTON, its Successors and Assigns.  Accordingly, the automatic stay is

modified to permit the Movant to commence and prosecute a mortgage foreclosure action

in state court against real property, the legal description of which is described below:

> **Condominium Unit No. 104, in Building 5686, of LEXINGTON ON THE GREEN, A CONDOMINIUM, according to the Declaration of Condominium thereof, as recorded on July 10th, 2006, in Official Records Book 42363, at Pages 1855 through 2020, of the Public Records of Broward County, Florida; together with exhibits, amendments thereto, and an undivided interest in the common elements.**
>
> **a/k/a 5686 Rock Island Road, Unit No. 104, Tamarac, FL   33319**

3.      The entry of this Order does not prevent the Debtor from reinstating or paying

off the amounts due and owing, including bankruptcy attorney's fees and costs, as

permitted by state law and the Note and Mortgage.

4.      This Order is entered for the sole purpose of allowing CARRINGTON, its

Successors and/or Assigns, to commence, prosecute and complete through judgment,

sale, certificate of title and possession, a mortgage foreclosure against the property

described above.  CARRINGTON, its Successors and/or Assigns, shall not seek or obtain

an _in personam_ judgment against the Debtor.

###

Submitted by

Lawrence M. Weisberg, Esquire
FLORIDA BAR NO. 962198
Greenfield & Coomber, P.A.
7000 Palmetto Park Road, Suite #402
Boca Raton, Florida   33433
561-362-7355 (Telephone)
561-828-5858 (Facsimile)
bankruptcy@lmwlegal.com


The Movant is directed to serve copies of this order on the parties listed and file a certificate of service with the Court.


Christiane S. Martins
608 Freedom Court
Deerfield Beach, FL  33442

Christian J. Olson, Esquire
4901 N.W. 17 Way, #504
Fort Lauderdale, FL  33309

Office of the U.S. Trustee
51 S.W. 1st Avenue, Suite 1204
Miami, FL   33130

Sonya Salkin
1776 N. Pine Island Road, Ste. 218
Plantation, FL   33322

CARRINGTON MORTGAGE SERVICES, LLC, SERVICER AND ATTORNEY-IN-FACT FOR, FLAGSTAR BANK, FSB

Lawrence M. Weisberg, Esquire
Greenfield & Coomber, P.A.
7000 Palmetto Park Road, Suite #402
Boca Raton, FL  33433